**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 10-1962

———————

AARON A. STEVENSON,

                Plaintiff – Appellant,

        v.

JAMIE A. KWIECINSKI; DWIGHT W. AYERS; ATLAS GASKINS, in his
official capacity as Chief of Police, Roanoke City Police
Department,

                Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Glen E. Conrad, Chief
District Judge.  (7:09-cv-00525-gec)

———————

Submitted:  February 10, 2011       Decided:  February 16, 2011

———————

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Aaron A. Stevenson, Appellant Pro Se. Timothy Ross Spencer, CITY
ATTORNEY'S OFFICE, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron A. Stevenson appeals the district court's order granting the Defendants' motions for summary judgment and denying his motion for summary judgment in his civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stevenson v. Kwiecinski, No. 7:09-cv-00525-gec (W.D. Va. July 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED